IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JULIE WOODS ETHERIDGE                                                                    PLAINTIFF

VS.                                                         CIVIL ACTION NO.  5:07-cv-49-DCB-JMR

WILLIAM DAVIS WOODS, ET AL                                                         DEFENDANTS

JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the Chief United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed without prejudice for the Plaintiff's failure to prosecute and failure to comply with 41(b) of the Federal Rules of Civil Procedure.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed without prejudice.

SO ORDERED this the   30th    day of  January, 2008.


      s/ David Bramlette
UNITED STATES DISTRICT JUDGE